UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN CHRISTIAN,

    Plaintiff,

                                           Case No. 07-14482
-vs-                                       Hon: AVERN COHN

WAL-MART STORES, INC., WAL-MART
ASSOCIATES, INC., BETH HARRIS
and RICHARD MICHELS,

    Defendants.
_____/

## ORDER REQUIRING A RESPONSE

Defendant has moved for reconsideration of the Memorandum and Order Granting Defendants' Motion For Summary Judgment As To Richard Michels And Denying Defendants' Motion For Summary Judgment As To Beth Harris And Wal-Mart (Doc. ___), pursuant to L.R. 7.1(a). Plaintiff shall file a response within ten (10) days (L.R. 7.1(g)(2)).

(The Court notes that defendants' brief in support of the motion for reconsideration appears to violate L.R. 5.1 as to type size (footnotes), and does not follow the suggestion in Part III of the Court's Motion Practice Guidelines as to lodging copies of the main cases they rely on).

SO ORDERED.

Dated: February 26, 2009              s/Avern Cohn
                                                  AVERN COHN
                                                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 26, 2009, by electronic and/or ordinary mail.

                                                    s/Julie Owens
                                                    Case Manager, (313) 234-5160